THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Frank Frazier,       
Appellant.
 
 
 

Appeal From Aiken County
James C. Williams, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-500
Submitted July 1, 2003  Filed August 26, 2003 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of the South 
 Carolina Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Frank Frazier (Appellant) was 
 convicted of distribution of crack cocaine and distribution of crack cocaine 
 within proximity of a school.  He was sentenced to ten years in prison for distribution 
 of crack cocaine, and ten years, suspended upon the service of five years in 
 prison and two years probation, for the proximity charge.  On appeal, counsel 
 for Appellant has filed a final brief along with a petition to be relieved as 
 counsel.  Appellant has filed a pro se response.  After a thorough 
 review of the record pursuant to Anders v. California, 386 U.S. 738 (1967) 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 the appeal and grant counsels petition to be relieved.     
APPEAL DISMISSED. [1] 
GOOLSBY, BEATTY, and KITTREDGE, JJ., concur.

 
 
 [1]   We decide this case without oral argument pursuant to Rule 215, 
 SCACR.